**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Andre'a Bullock

Debtor(s)

CHAPTER 13

BKY. NO. 26-20684 GLT

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Baxter Credit Union and index same on the master mailing list.

        Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
19 Mar 2026, 16:11:45, EDT

Denise Carlon, Esq. (317226)  ☐
Matthew Fissel, Esq. (314567)  ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 3e2d1a48e62905ee71cb0cb24acf37ee7bf365783c51ee0c27d29ca10a8fc09f