IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          ) Bankruptcy Case No. 26-20684-GLT
                                                ) Chapter 13
Andre'a Bullock,                                )
                                                )
Debtor.                                         )
                                                )

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

TO:    Clerk of Courts

Please enter our appearance on behalf of County of Allegheny in the above captioned matter.  We request copies of further Notices and Orders in accord with the attached Declaration.

Please enter the address below as the mailing address for this creditor.  All notices should be mailed to the following address:

**County of Allegheny
GRB Law
Richard A. Monti, Esquire
525 William Penn Place
Suite 3110
Pittsburgh, PA 15219**

Executed on:

GRB Law,

April 20, 2026

By:    /s/ Richard A. Monti
       Richard A. Monti, Esquire
       Pa I.D. No. 326414
       525 William Penn Place
       Suite 3110
       Pittsburgh, PA 15219
       412-281-0587
       RMonti@grblaw.com
       Attorney for Movant

2514164.1

<u>DECLARATION IN LIEU OF AFFIDAVIT</u>

Regarding Request to Be Added to the Mailing Matrix

I am the Attorney for County of Allegheny, a creditor in the above captioned bankruptcy case, and I am authorized by this creditor to make the accompanying request for notices. The **new address shown on the preceding page** should be used instead of the existing address, and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and:

(X)     That there are no other requests to receive notices on behalf of this creditor, or

( )     that any prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix:

I declare under penalty of perjury that the foregoing is true and correct.

<u>Executed on: April 20, 2026</u>

GRB Law,

By:     <u>/s/ Richard A. Monti</u>
        Richard A. Monti, Esquire
        Pa I.D. No. 326414
        525 William Penn Place
        Suite 3110
        Pittsburgh, PA 15219
        412-281-0587
        RMonti@grblaw.com
        Attorney for Movant

2514164.1