Certificate Number: 17572-PAW-DE-040982104

Bankruptcy Case Number: 26-20684



17572-PAW-DE-040982104

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 15, 2026</u>, at <u>3:31</u> o'clock <u>PM PDT</u>, <u>Andre'a Bullock</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>May 15, 2026</u>          By:     <u>/s/Leigh-Anna M Thompson</u>

Name:  <u>Leigh-Anna M Thompson</u>

Title:   <u>Counselor</u>