IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 26-20684 |
| ANDREA BULLOCK | : | |
| Debtor | : | Chapter 13 |
| | : | |
| | : | |
| ANDREA BULLOCK | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| Respondent (if none, then "No Respondent") | : | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, JOSEPH P. NIGRO, ESQ, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case regarding the filing of an amendment to the schedules.

By:    /s/Joseph P. Nigro, Esquire
Signature
Joseph P. Nigro, Esquire
Typed Name
1330 Old Freeport Road, Suite 3BF
Pittsburgh, PA 15238
Address
412-471-8118
Phone No.
47810 P.A.
List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**