Form 006

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Andre'a Bullock**                                         :          Case No. 26–20684–GLT
    *Debtor(s)*                                       :
                                    :          Chapter: 13
                                      :
                                      :
                                      :

### <u>ORDER</u>

    *AND NOW,* this ***The 25th of June, 2026***, the Debtor(s) having filed an ***Amendment to Schedule* D** filed on **June 22, 2026**

    It is hereby ***ORDERED, ADJUDGED and DECREED*** that:

    (1)    The Debtor(s) shall ***immediately*** serve a copy of this *Order*, the *341 Meeting of Creditors Notice* and the *Amendment* on all affected parties, the Trustee (if one is appointed) and the United States Trustee.

    (2)    On or before seven (7) days from receipt of this *Order* the Debtor(s) shall file a Certificate of Service with the Clerk, U.S. Bankruptcy Court.

    (3)    ***On or before July 23, 2026 or the date set forth in the Section 341 Meeting Notice***, whichever is later, any ***Objection to Discharge*** (if applicable), ***Request for a 341 Meeting*** (if applicable), and/or ***Objections to Exemptions*** shall be filed.

    (4)    If no objections to the *Amendment* are filed, the *Amendment* is accepted for filing. If objections to the *Amendment* are filed, a hearing will be scheduled.

    (5)    ***FAILURE TO SERVE*** the appropriate documents and file a timely ***Certificate of Service*** will result in the *Amendment* being rendered ***NULL AND VOID*** without further Order of Court.

    (6)    If applicable, failure to pay the required filing fee within seven (7) days of the date of the *Order*, or failure to add additional creditors(s) into bankruptcy case via CM/ECF Creditor Maintenance within seven (7) days from the date of this *Order* will result in the *Amendment* being rendered ***NULL AND VOID*** without further Order of Court.

Dated: June 25, 2026

cm: Debtor
      Debtor's Counsel

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 26-20684-GLT

Andre'a Bullock                                                                        Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 25, 2026 | Form ID: 006 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Andre'a Bullock, P.O. Box 81145, Pittsburgh, PA 15217-0645 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com aepiscopo@bernsteinlaw.com;agilbert@bernsteinlaw.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Joseph Peter Nigro | on behalf of Debtor Andre'a Bullock nigroassociateslaw@gmail.com chrissyvock86@gmail.com;jasonjkelley@comcast.net;nigrojr73104@notify.bestcase.com |
| Matthew Fissel | on behalf of Creditor BAXTER CREDIT UNION bkgroup@kmllawgroup.com  wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard Monti | |

District/off: 0315-2                     User: auto                              Page 2 of 2

Date Rcvd: Jun 25, 2026                  Form ID: 006                         Total Noticed: 1

on behalf of Creditor Woodland Hills School District rmonti@grblaw.com  aanderson@grblaw.com

Richard Monti

on behalf of Creditor Borough of Churchill rmonti@grblaw.com  aanderson@grblaw.com

Richard Monti

on behalf of Creditor County of Allegheny rmonti@grblaw.com  aanderson@grblaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com


TOTAL: 9