IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    ) Bankruptcy Case No. 26-20684-GLT
                                                          ) Chapter 13
Andre'a Bullock,                                          )
                                                          )
Debtor.                                                   )
                                                          )

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO: The Clerk, U.S. Bankruptcy Court

    Kindly enter my appearance on behalf of Creditor, Churchill Mansions Condominium Association, in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case.

Dated: July 16, 2026

                                   Respectfully Submitted,

                                   **THE FARNETH LAW GROUP, LLC**

                                By: *George R. Farneth II*
                                   George R. Farneth II, Esquire
                                   PA I.D. #53914
                                   445 Fort Pitt Blvd., Suite 160
                                   Pittsburgh, PA 15219
                                   Direct: (412) 863-7092
                                   Cell: (412) 977-7779
                                   Fax: (412) 586-4713
                                   grf@farnethlaw.com
                                   *Attorneys for Creditor, Churchill*
                                   *Mansions Condominium Association*