IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              ) Bankruptcy Case No. 26-20684-GLT
                                                    ) Chapter 13
Andre'a Bullock,                                    )
                                                    )
Debtor.                                             )
                                                    )

NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO: The Clerk, U.S. Bankruptcy Court

Kindly enter my appearance on behalf of Creditor, Churchill Mansions Condominium Association, in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case.

Dated: July 16, 2026

Respectfully Submitted,

**THE FARNETH LAW GROUP, LLC**

By: /s/*George R. Farneth II*_____
    George R. Farneth II, Esquire
    PA I.D. #53914
    445 Fort Pitt Blvd., Suite 160
    Pittsburgh, PA 15219
    Direct: (412) 863-7092
    Cell: (412) 977-7779
    Fax: (412) 586-4713
    grf@farnethlaw.com
    *Attorneys for Creditor, Churchill*
    *Mansions Condominium Association*