IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Bankruptcy No. 26-20684-GLT

ANDRE'A BULLOCK,
Debtor.

---

CHURCHILL MANSIONS
CONDOMINIUM ASSOCIATION,
Movant,

v.

ANDRE'A BULLOCK,
Respondent.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of September, 2026, a true and correct copy of the following documents:

1. Consent Motion to Allow Late Claim (Document No. 49); and

2. Order Scheduling Dates for Response and Hearing on Motion, dated September 28, 2026 (Document No. 50);

were served upon the parties identified in the attached Service List by the methods specified therein.

Respectfully submitted:

**THE FARNETH LAW GROUP, LLC**

*/s/George R. Farneth, II*__________
George R. Farneth II, Esquire
*Attorneys for Creditor, Churchill Mansions Condominium Association*